On appellant's petition for reconsideration filed February 14, and respondent's objection to appellant's petition for reconsideration filed February 14, petition for reconsideration of opinion (215 Or App 358, 168 P3d 1262 (2007)), denied April 16, 2008

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## MICHELL LEE FOX,
*Defendant-Appellant.*

Linn County Circuit Court
04040976; A130023

182 P3d 311

Eric Johansen, Senior Deputy Public Defender, for petition.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, for response.

Before Brewer, Chief Judge, and Armstrong, Judge, and Wollheim, Judge.

PER CURIAM

Petition for reconsideration denied. *State v. Dominguez-Coronado*, 219 Or App 315, 182 P3d 322 (2008).